

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,294-01

### EX PARTE JUSTIN BRYAN BELL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 26444-A IN THE 42ND DISTRICT COURT
### FROM TAYLOR COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated kidnapping, sexual assault, and assault family violence. He was sentenced to sixty years' imprisonment for the aggravated kidnapping conviction and to ten years' imprisonment for each of the other two convictions. The Eleventh Court of Appeals affirmed his convictions. *Bell v. State*, No. 11-15-00271-CR (Tex. App.—Eastland Oct. 31, 2017) (not designated for publication).

Applicant raised four grounds for relief, including a claim that trial counsel rendered ineffective assistance. After a remand for findings on the ineffective assistance of trial counsel claim,

the habeas court signed findings of fact recommending that this Court deny relief. Based on the trial court's findings and this Court's independent review of the entire record, we deny habeas corpus relief.

Filed: July 24, 2019
Do not publish